IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TONY HICKMAN,<br><br>        Plaintiff,<br><br>v.<br><br>WEXFORD HEALTH SOURCES, INC.,<br>VIPIN SHAH, and PHIL MARTIN,<br><br>        Defendants. | Case No. 17-cv-939-NJR-RJD |

## **MEMORANDUM AND ORDER**

**ROSENSTENGEL, Chief Judge:**

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Reona J. Daly (Doc. 81) regarding the motion for summary judgment filed by Phil Martin (Docs. 72 and 73) and the motion for summary judgment filed by Vipin Shah and Wexford Health Sources, Inc.[1] (Docs. 75 and 76). The Report and Recommendation was entered on June 24, 2019; it recommends granting both motions for summary judgment (Doc. 81). No objections were filed.

Where neither timely nor specific objections to the Report and Recommendation are made, the Court should review the Report and Recommendation for clear error. *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). The Court may then "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

---

[1] The Clerk's Office is **DIRECTED** to update the docket sheet to reflect the true and accurate name of Defendant "Wexford Health Sources, Inc."

The undersigned has reviewed Judge Daly's Report and Recommendation and finds there is no clear error in her findings of fact or conclusions of law. Accordingly, the Report and Recommendation (Doc. 81) is **ADOPTED** in its entirety. The Court **GRANTS** the motion for summary judgment filed by Phil Martin (Docs. 72 and 73) and **GRANTS** the motion for summary judgment filed by Vipin Shah and Wexford Health Sources, Inc. (Docs. 75 and 76). The Court also **DENIES as moot** the Motion to Dismiss for failure to comply with an Order of the Court filed by Defendants Wexford Health Sources, Inc. and Vipin Shah (Doc. 71). This action is **DISMISSED with prejudice**.

Finally, the Clerk's Office is **DIRECTED** to update the docket sheet to reflect the true and accurate name of Defendant "Wexford Health Sources, Inc."

**IT IS SO ORDERED.**

DATED:   August 6, 2019

s/ Nancy J. Rosenstengel_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**
